UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW BRATCHER, et al.,<br><br>Defendants. | Case No. 22-cv-03624-SK<br><br>**ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANTS BY PUBLICATION**<br><br>Regarding Docket No. 19 |

The Court has considered the motion by plaintiff United Financial Casualty Company for an order directing service of the summons and complaint on defendants Matthew Bratcher and Kelly Bratcher and the evidence presented in support of the application. The Court is satisfied that such defendants cannot be served with reasonable diligence by any other means.

The Court therefore ORDERS as follows:

1. Service of the summons and complaint on Matthew Bratcher and Kelly Bratcher shall be accomplished by publication (1) in *The Stockton Record*, a newspaper published in the State of California most likely to give actual notice to Matthew Bratcher and Kelly Bratcher in San Joaquin County;

2. The publication shall be made once a week for four weeks;

3. If Plaintiff learns of Matthew Bratcher's or Kelly Bratcher's address before the expiration of the time prescribed for publication, Plaintiff shall immediately mail a copy of the summons and complaint, and of this order for publication, to those addresses;

4. This order does not preclude service upon Matthew Bratcher or Kelly Bratcher in any other manner specified in Fed. R. Civ. P. 4, which service supersedes service by publication.

5. The hearing scheduled for November 14, 2022 pertaining to the Motion for Service

1  by Publication is terminated.

2  **IT IS SO ORDERED**.

3  Dated: November 1, 2022



SALLIE KIM
United States Magistrate Judge