UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW BRATCHER, et al.,<br><br>Defendants. | Case No. 22-cv-03624-SK<br><br>**ORDER REGARDING MOTION TO DISMISS**<br><br>Regarding Docket Nos. 23, 28 |

    Defendants John Hern and Lisa Kryter filed a motion to dismiss Plaintiff's Complaint on October 7, 2022, scheduled for a hearing on November 14, 2022. (Dkt. No. 23.) On October 21, 2022 Plaintiff United Financial Casualty Company filed both an Opposition to the Motion to Dismiss (Dkt. No. 28) and an Amended Complaint. (Dkt. No. 27.)

    Based on the current pleadings, the court ORDERS the parties to meet and confer and respond by November 5, 2022 as to whether they wish to proceed with the current motion to dismiss or whether Defendants must re-file a motion to dismiss the Amended Complaint with a new hearing date. If the parties agree, the Court will hear the motion to dismiss on November 14, 2022.

    **IT IS SO ORDERED**.

Dated: November 2, 2022



SALLIE KIM
United States Magistrate Judge